IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSANNE COHEN, | CIVIL ACTION |
| Plaintiff | |
| v. | NO. 2:15-CV-00479-AB |
| GEICO GENERAL INSURANCE COMPANY, | JURY TRIAL DEMANDED |
| Defendant. | |

## STIPULATION OF DISMISSAL

As evidenced below by the signatures of counsel for all parties of record in this case and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate and agree that any and all claims in this case be dismissed, with prejudice, each party to bear their own fees and costs.

SPIVACK & SPIVACK, LLC

_____
Kenneth C. Spivack, Esq.
~~Danielle L. Duffy~~, Esquire
PA ID ~~314000~~ 70154
1528 Walnut Street, Suite 710
Philadelphia, PA 19102
215.546.0005
dduffy@spivackandspivack.com

Attorney for Plaintiff,
Susanne Cohen

Dated: __Aug 28__, 2015

WHITE AND WILLIAMS LLP

_____
Platte B. Moring, III, Esquire
PA ID 56122
3701 Corporate Parkway, Suite 300
Center Valley, PA 18034
610.782.4948
moringp@whiteandwilliams.com

Attorney for Defendant,
GEICO General Insurance Company

Dated: __August 25__, 2015

15836520v.1